UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

TIMOTHY J. PIERSON,

    Plaintiff,

v.                                              No.3:07-cv-1024-J-12HTS

ALLEN FREIGHT SERVICES, INC.,

    Defendant.

## ORDER

By Order (Doc. 19) filed May 8, 2008, the Plaintiff was directed to show cause by written response filed by May 27, 2008, why this case should not be dismissed pursuant to Local Rule 3.10 for lack of prosecution due to the non-filing of a Case Management Report within the time prescribed by Local Rule 3.05. Plaintiff also was advised that failure to file a written response by that date will result in dismissal of this action for lack of prosecution without prejudice and without further notice.

By Order (Doc. 20), filed May 29, 2008, Plaintiff was given until June 16, 2008, to submit a written response to the Court's Order to Show Cause (Doc. 19) which complies with the Local Rules of this Court. Plaintiff again was advised that failure to file a written response by that date would result in dismissal of this action for lack of prosecution without prejudice and without further notice.

As of the date of this Order, Plaintiff has failed to comply with the Court's May 29, 2008, Order (Doc. 20). Accordingly, it is

ORDERED AND ADJUDGED:

That this cause is hereby dismissed without prejudice pursuant to Local Rule 3.10.

DONE AND ORDERED this ___18th___ day of June, 2008.

*Howell W. Melton*
SENIOR UNITED STATES DISTRICT JUDGE

c:
Counsel of Record

Timothy Pierson
303 Williams Street
Richland, MS 39218